IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE:  CHRISTINA LIGHT

CASE NO: 4:17-bk-10038 R
Chapter 13

## TRUSTEE'S MOTION TO DISMISS CASE FOR FAILURE TO SUBMIT TAX RETURNS AND REMIT ADDITIONAL FUNDS

Joyce Bradley Babin, Chapter 13 Standing Trustee, for her Motion to Dismiss Case for Failure to Submit Tax Returns and Remit Additional Funds filed in the above case, states:

1. The above case was filed on January 04, 2017, and the plan was confirmed on April 21, 2017.

2. The Means Test (Form 122C) indicated that the Debtor is above median income debtor with monthly disposable income that should be provided to unsecured creditors over the Debtor's sixty month plan term, the "disposable income pool."

3. The Debtor presented circumstances that prevented the payment of the entire disposable income pool.

4. Because the Debtor is not paying the disposable income pool, the Debtor is required to timely submit annual tax returns to the Trustee and, if necessary, make any adjustments to the plan payment to maximize the dividend amount to unsecured creditors or explain the reasons that the plan payment should not increase.

5. The Debtor has not provided copies of tax returns for the following year(s): 2019-2020. Consequently, the Debtor has not provided amended schedules or committed additional funds to the plan. The Debtor's ability to fund the disposable income pool cannot be determined.

6. The Debtor is in material default with respect to the terms of the confirmed plan. Pursuant to 11 U.S.C. § 1307(c), the Debtor's case should be dismissed for cause, including the failure to comply with the plan provisions.

WHEREFORE, the Trustee prays for an order dismissing the case and for all other just, proper and equitable relief.

Respectfully submitted,

Joyce Bradley Babin
CHAPTER 13 STANDING TRUSTEE
P O BOX 55161
LITTLE ROCK, AR  72215-5161
(501) 537-2500

By:  /s/ Joyce Bradley Babin
　　　Joyce Bradley Babin

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing document was served on the Debtor's attorney and any other ECF Filing Users through Notice of Electronic Filing (ECF) and on the Debtor and any other non-ECF Filing Users by U.S. Mail, postage prepaid, as further listed below, on March 28, 2022.

                                                /s/ Joyce Bradley Babin
                                                    Joyce Bradley Babin

CHRISTINA LIGHT
12754 Chambers Rd
Bauxite, AR  72011-8900

154 - MTD Failure to Submit Tax Returns / tlg