### IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

IN RE:   **CHRISTINA LIGHT,**                                      **CASE NO: 4:17-bk-10038 R**
        **Debtor**                                                              **CHAPTER 13**

### <u>ORDER</u>

Before the Court is the Motion to Dismiss ("Motion") filed by Joyce Bradley Babin, Chapter 13 Standing Trustee, on March 28, 2022, Docket Entry 73.  The Motion was set for hearing on May 26, 2022.  However, prior to the hearing, the Motion was resolved.  Therefore, upon consideration, for good cause shown and by agreement of the parties, the Court finds that the Trustee's Motion to Dismiss is **WITHDRAWN** upon the conditions that the Debtor (1) provides the Trustee with a copy of her 2021 tax return; (2) files amended schedules I and J; (3) files a modified plan, if necessary, to increase her plan payment (as required by the modification filed March 23, 2017) within twenty-one (21) days of entry of this Order.  If the Debtor fails to comply with the conditions stated in this Order, the case will be dismissed without further notice or hearing upon submission of an Order.

     **IT IS SO ORDERED**.

Honorable Bianca M. Rucker
United States Bankruptcy Judge
Dated: 06/14/2022

Approved by:

/s/ Matthew D. Mentgen
Matthew D. Mentgen, Esq.

cc:   Christina Light, Debtor
      Matthew D. Mentgen, Attorney for Debtor
      Joyce Bradley Babin, Trustee